IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES MICHAEL GALLEGOS,

    Plaintiff,

vs.                                                        No. CIV 14-0551 JB/CEG

DENIS MARES and GERMAN FRANCO,

    Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on the Motion to Dismiss, filed December 31, 2014 (Doc. 8)("MTD"). In the MTD, Plaintiff James Gallegos states that he is "unable to proceed" and asks the Court to "dismiss without prejudice the suit against the Defendants." MTD at 1. As no Defendant has submitted either an answer or a motion to dismiss, Gallegos may dismiss his case voluntarily, without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will, thus, grant the MTD and dismiss Gallegos' case and claims without prejudice.

**IT IS ORDERED** that the Motion to Dismiss, filed December 31, 2014 (Doc. 8), is granted, and Plaintiff James Gallegos' case and claims are dismissed without prejudice.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE

*Party*:

James Michael Gallegos
Penitentiary of New Mexico, Santa Fe
Santa Fe, New Mexico

    *Plaintiff pro se*